IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROBERT LEE SHOCKLEY, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JIMMY BARBEE, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. 5:15-CV-452 (MTT) |

## ORDER

The Plaintiff, proceeding *pro se*, has moved for leave to "amend case caption," which the Court construes as a motion for leave to amend under Federal Rule of Civil Procedure 15. (Doc. 12). The Plaintiff seeks to add as a defendant Bibb County Sheriff David Davis in his official capacity and dismiss Defendants Bibb County Sheriff's Office, Jimmy Barbee, Brady Fields, Russell Nelson, and Henderson Carswell. (Docs. 12; 12-1; 16-2). The Defendants do not object to the amendment. (Doc. 14 at 4). Moreover, the amendment will make the Defendants' pending motion to dismiss moot. Accordingly, the Plaintiff's motion is **GRANTED**, and the Defendants' motion to dismiss (Doc. 6) is **MOOT**. The Clerk's Office is **DIRECTED** to refile Attachment A (Doc. 16-2) as the Amended Complaint in this action.

**SO ORDERED**, this 1st day of June, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT